# Order

Michigan Supreme Court
Lansing, Michigan

October 17, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134328(60)

KENNETH SCIOTTI,
     Plaintiff-Appellee,

v

36th DISTRICT COURT,
     Defendant-Appellant,
and

CITY OF DETROIT,
     Defendant.

_____

SC: 134328
COA: 266160
Wayne CC: 03-327602-CD

On order of the Chief Justice, the motion by plaintiff-appellee for extension to September 26, 2008 of the time for filing his brief on appeal is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 17, 2008

_____
Clerk